PROB 12C
(6/16)

Report Date: June 4, 2021

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada                  Case Number: 0980 2:19CR00144-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Laurie Smith Camp, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | |
|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 |
| Original Sentence: | Prison - 188 months  TSR - 60 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | James A. Goeke |
| Defense Attorney: | Federal Defenders Office |

Date Supervision Commenced: July 19, 2019

Date Supervision Expires: July 18, 2024

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offenses of fourth degree assault domestic violence and felony harassment domestic violence on or about June 2, 2021.

On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must not commit another Federal, state, or local crime.

According to Spokane Police Department incident report 2021-20089892, on June 2, 2021, law enforcement was dispatched to the scene of a domestic violence incident located at 4927 North Crestline Street, Spokane, Washington. Upon arrival at the scene, the officer made contact with the victim and her friend. The victim indicated the assailant in the domestic violence incident was her ex-boyfriend, who was identified as Mr. Estrada.

Prob12C
Re: Estrada, Martin
June 4, 2021
Page 2

The victim stated she broke up with Mr. Estrada a few months ago and he was having a difficult time accepting it. She advised that she has observed him regularly driving by her house and he has made threats against her. She indicated that on the morning of June 2, 2021, the offender contacted her because he wanted to see her. He became angry when she told him she did not want to see him and he informed her he was going to have someone come and destroy her home and car. Further, he stated he would have someone beat her to the point she wished she were dead. The victim indicated she did not report the incident that morning to law enforcement because Mr. Estrada was on federal supervision and she did not want him to get into trouble.

On June 2, 2021, at approximately 10 p.m., the victim's friend arrived at her house and observed the offender pulling up in a vehicle behind her. She called the victim to inform her that Mr. Estrada was at the house and the victim proceeded to exit her residence. She met the offender at the fence and instructed him to leave. Subsequently, the victim and her friend unsuccessfully tried to prevent him from opening the gate. After a brief struggle, Mr. Estrada forced his way into the yard and shoved the victim to the ground.

The victim was able to get up and she proceeded back into her home where she retrieved a baseball bat to protect herself. When she returned outside, the offender took the bat away from her and she and her friend continued screaming at the offender to leave the property.

An individual who was seated in Mr. Estrada's car during the incident left the vehicle and convinced Mr. Estrada to leave. As he left, the offender yelled at the victim stating "this isn't over" and that he would come back and kill her.

The victim advised the responding officer that she believed it was likely the offender would follow through with his threats to kill her. She also showed the officer a fresh wound on her elbow and left knee that she stated was a result of Mr. Estrada shoving the gate at her. The officer also observed solar lights scattered throughout the front yard, which was a result of the scuffle between the offender and the victim. Additionally, the victim informed the officer that if he came back to her home, she would shoot him.

The victim's friend corroborated her story and stated Mr. Estrada was high on methamphetamine. She indicated the offender shoved the victim to the ground at least twice and pinned her on the ground with his two hands on her chest.

According to Spokane Police Department dispatch, a warrant has been issued for Mr. Estrada's arrest and it is currently outstanding.

2  **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 9, by ingesting an illegal controlled substance, cocaine, on or about April 13, 2021.

Prob12C
**Re: Estrada, Martin**
**June 4, 2021**
**Page 3**

| | |
|---|---|
| 3 | On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.<br><br>On April 13, 2021, Mr. Estrada reported as directed to Pioneer Human Services for urinalysis testing. At that time, he submitted a urine specimen that tested presumptive positive for cocaine. The probation officer contacted the offender to address the positive urinalysis test and he adamantly denied use of said substance. Subsequently, the urine specimen was sent to Alere Toxicology Services for further testing and the specimen was confirmed positive for cocaine.<br><br>**Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** The offender is alleged to have violated special condition number 9, by failing to report to Pioneer Human Services for urinalysis testing on May 20, 2021. |
| 4 | On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must submit to urinalysis testing, as directed by the supervising officer.<br><br>The probation officer received email correspondence from Pioneer Human Services indicating Mr. Estrada failed to report to their facility for urinalysis testing on May 20, 2021.<br><br>**Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 9, by ingesting illegal controlled substances, amphetamine and methamphetamine, on or about May 21, 2021.<br><br>On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.<br><br>On May 21, 2021, Mr. Estrada reported as directed to Pioneer Human Services for urinalysis testing. At that time, he submitted a urine specimen that tested presumptive positive for amphetamine and methamphetamine. The probation officer contacted the offender regarding the positive urinalysis test and he adamantly denied use of said substances. Subsequently, the urine specimen was sent to Alere Toxicology Services for further testing and the specimen was confirmed positive for amphetamine and methamphetamine. |

Prob12C
**Re: Estrada, Martin**
**June 4, 2021**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 4, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ X ] The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
June 4, 2021
Date