PROB 12C
(6/16)

Report Date: July 27, 2021

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Estrada | Case Number: 0980 2:19CR00144-TOR-1 |

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

Original Offense:        Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841

| | | |
|---|---|---|
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: |  Federal Defenders Office | Date Supervision Expires: July 18, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/04/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 9, by failing to report to Merit Resource Services for uranalysis testing on July 6, 2021.<br><br>On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by the U.S. probation officer that he must report for urinalysis testing, as directed by his supervising officer.<br><br>On July 7, 2021, the probation officer received notification that the offender failed to report to Merit Resource Services for urinalysis testing on July 6, 2021. |

Prob12C
**Re: Estrada, Martin**
**July 27, 2021**
**Page 2**

| | | |
|---|---|---|
| | 6 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 9, by ingesting controlled substances, marijuana and cocaine, on or about July 7, 2021.

On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.

On July 7, 2021, Mr. Estrada reported to Merit Resource Services and submitted a urine specimen that returned positive for cocaine and marijuana. On this same date, the undersigned contacted the offender, at which time he admitted to using marijuana and cocaine on or about July 7, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other : *All pending alleged violations will be addressed at the Revocation of Supervised Release hearing set for 9/15/2021.*

Thomas O. Rice
United States District Judge

July 28, 2021

Date