PROB 12C
(6/16)

Report Date: September 10, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada            Case Number: 0980 2:19CR00144-TOR-1

Address of Offender: ███████████████, Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Laurie Smith Camp, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | | |
|---|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: July 18, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/04/2021, and 07/27/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Estrada is alleged to have violated special condition number 9, by consuming a controlled substance, methamphetamine on September 6, 2021.<br><br>On July 19, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.<br><br>On September 7, 2021, Mr. Estrada reported to Merit Resource Services and submitted a urinalysis sample that returned presumptive positive for methamphetamine. On September 8, 2021, Mr. Estrada called this officer and admitted to consuming methamphetamine on September 6, 2021. |

Prob12C
Re: Estrada, Martin
September 10, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 10, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other - *All pending alleged violations will be addressed at the Revocation of Supervised Release hearing scheduled for 11/18/2021.*

Thomas O. Rice
United States District Judge

September 10, 2021
Date