PROB 12C
(6/16)

Report Date: November 2, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada          Case Number: 0980 2:19CR00144-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Laurie Smith Camp, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | | |
|---|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841(a)(1) and (b)(1) | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: July 18, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/04/2021, 07/27/2021, and 09/10/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Estrada is alleged to have violated special condition number 9 by consuming a controlled substance, methamphetamine, on October 20, 2021. |
| | On July 19, 2019, the offender's conditions were reviewed with Mr. Estrada. The offender signed said conditions, acknowledging an understanding of his requirements. Specifically, Mr. Estrada was made aware by the U.S. Probation Officer that he must abstain from the use of illegal controlled substances. |
| | On October 20, 2021, Mr. Estrada reported to Merit Resource Services and submitted a urinalysis (UA) sample that returned presumptive positive for methamphetamine. On October 20, 2021, Mr. Estrada called this officer and reported his UA sample was presumptive positive; he denied consuming any controlled substances. The offender also |

Prob12C
**Re: Estrada, Martin**
**November 2, 2021**
**Page 2**

stated he provided a UA sample the day before that tested negative for all controlled substances. The UA sample from October 20, 2021, was sent to Alere Toxicology Services for confirmation.

On November 1, 2021, this officer received a drug test report from Alere Toxicology Services showing postive results for the presence of methamphetamine. After receiving the drug test report, this officer called Mr. Estrada to discuss the positive results. Mr. Estrada adamantly denied consuming any controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Estrada is scheduled to appear before the Court for a supervised release revocation hearing on November 18, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 2, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other - **All pending alleged violations will be addressed at the Revocation of Supervised Release hearing scheduled for 11/18/2021.**

Thomas O. Rice
United States District Judge

November 2, 2021
Date