PROB 12C
(6/16)

Report Date: January 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 06, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada                Case Number: 0980 2:19CR00144-TOR-1

Address of Offender: ▬▬▬▬▬▬▬, Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Laurie Smith Camp, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

Original Offense:        Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841(a)(1) and (b)(1)

Original Sentence:       Prison - 188 months              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Alison L. Gregoire               Date Supervision Commenced: July 19, 2019

Defense Attorney:         J. Houston Goddard              Date Supervision Expires: July 18, 2024

## PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/04/2021, 07/28/2021, 09/10/2021, and 11/02/2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

9 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Estrada is alleged to have violated special condition number 9 by consuming a controlled substance, marijuana, on or about December 28, 2021.

On July 19, 2019, the offender's conditions were reviewed with Mr. Estrada. The offender signed said conditions, acknowledging an understanding of his requirements. Specifically, Mr. Estrada was made aware by the U.S. Probation Officer that he must abstain from the use of illegal controlled substances.

On September 27, 2019, a request for modification of conditions was submitted to the Court to add the above-noted special condition. Your Honor agreed and signed the order, adding special condition number 9 to the offender's supervised release conditions.

Prob12C
**Re: Estrada, Martin**
**January 6, 2022**
**Page 2**

On December 28, 2021, Mr. Estrada reported to Merit Resource Services and submitted a urinalysis (UA) sample that returned presumptive positive for marijuana. The UA was sent to Alere Toxicology Services for confirmation. On December 28, 2021, Mr. Estrada called this officer and reported his UA sample was presumptive positive; he denied consuming any controlled substances.

On January 6, 2022, this officer received a drug test report from Alere Toxicology Services showing postive results for the presence of marijuana. After receiving the drug test report, this officer called Mr. Estrada to discuss the positive results. Mr. Estrada adamantly denied consuming any controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Estrada is scheduled to appear before the Court for a final supervised release revocation hearing on February 16, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 6, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: *All pending violations will be addressed at the Final Revocation/Status Hearing scheduled for 2/16/2022.*

Thomas O. Rice
United States District Judge

January 6, 2022
Date