PROB 12C
(6/16)

Report Date: April 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada                Case Number: 0980 2:19CR00144-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Laurie Smith Camp, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

Original Offense:      Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841(a)(1) and (b)(1)

Original Sentence:     Prison - 188 months              Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Alison L. Gregoire               Date Supervision Commenced: July 19, 2019

Defense Attorney:      J. Houston Goddard               Date Supervision Expires: July 18, 2024

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/04/2021, 07/27/2021, 09/10/2021, 11/02/2021 and 01/06/2022.

On July 19, 2019, the offender's conditions were reviewed with Mr. Estrada. The offender signed said conditions, acknowledging an understanding of his requirements. Specifically, Mr. Estrada was made aware by the U.S. Probation Officer that he must abstain from the use of illegal controlled substances.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Estrada is alleged to have violated special condition number 9 by consuming a controlled substance, methamphetamine, on or about April 20, 2022. |
| | On April 20, 2022, Mr. Estrada reported to probation office in Spokane, before his revocation hearing and submitted a urinalysis (UA) sample that returned presumptive positive for methamphetamine. The UA was sent to Alere Toxicology Services for confirmation. Mr. Estrada denied consuming any controlled substances. |

Prob12C
**Re: Estrada, Martin**
**April 27, 2022**
Page 2

On April 25, 2022, probation received a drug test report from Alere Toxicology Services showing postive results for the presence of methamphetamine. After receiving the drug test report, a U.S. Probation Officer called Mr. Estrada to discuss the positive results. Mr. Estrada denied consuming any controlled substances.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Estrada is scheduled to appear before the Court for a final supervised release revocation hearing on May 4, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 27, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *All pending violations will be addressed at the Revocation Hearing scheduled for 5/4/2022.*

Thomas O. Rice
United States District Judge

April 27, 2022
Date