PROB 12C
(6/16)

Report Date: May 1, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada                           Case Number: 0980 2:19CR00144-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | | |
|---|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 12, 2022) | Prison - 6 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 1, 2022 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: June 30, 2025 |

### PETITIONING THE COURT

To issue a summons.

On November 2, 2022, Mr. Estrada's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  The offender is alleged to have violated special condition number 3, by ingesting controlled substances, amphetamine and methamphetamine, on or about April 11, 2023.<br><br>On April 11, 2023, Mr. Estrada submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for amphetamine and methamphetamine.  At that time, he signed an admission form acknowledging use of said substances. |

Prob12C
**Re: Estrada, Martin**
**May 1, 2023**
**Page 2**

2  **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 3 by failing to report to PHS for urinalysis testing on April 17, 2023.

The probation officer received email correspondence from PHS indicating Mr. Estrada failed to report to their facility for urinalysis testing on April 17, 2023.

3  **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** The offender is alleged to have violated special condition number 2, by failing to attend his scheduled group treatment session at PHS on April 18, 2023.  Further, he was discharged from the treatment program due to inappropriate behavior on or about April 28, 2023.

The probation officer received email correspondence from PHS indicating Mr. Estrada failed to report for his scheduled group treatment session on April 18, 2023.

On April 28, 2023, Mr. Estrada met with the clinical supervisor at PHS to address inappropriate behavior he exhibited during his group treatment session on April 26, 2023. According to his counselor, Mr. Estrada cursed at her during this treatment session and attempted to intimidate her in front of the other group members.  During the meeting with the clinical supervisor, Mr. Estrada was informed that he was being discharged from treatment due to his aggressive behavior toward staff.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 1, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

May 1, 2023
Date