PROB 12C  
(6/16)

Report Date: June 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estrada    Case Number: 0980 2:19CR00144-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | | |
|---|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Hearing:<br>(May 12, 2022) | Prison - 6 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 1, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: June 30, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/1/2023.

On November 2, 2022, Mr. Estrada's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting controlled substances, marijuana and cocaine, on or about June 12, 2023.<br><br>On June 12, 2023, Mr. Estrada provided a urine specimen at Riverside Recovery.  At that time, he admitted to his counselor that he had ingested marijuana and cocaine on that same date.  This officer spoke to Mr. Estrada later that same day, at which time he stated that he thought it was his "last hurrah" since he was going to be starting treatment again after having been discharged from Pioneer Human Services (PHS). |

Prob12C
Re: Estrada, Martin
June 15, 2023
Page 2

|   |   |
|---|---|
| | The above-referenced urine specimen was sent off for confirmation and the results are pending. |
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to report to the U.S. Probation Office for urinalysis testing on June 13, 2023.

Following Mr. Estrada's discharge from treatment services at PHS, Mr. Estrada was instructed to continue calling the random urinalysis testing program and to report to the U.S. Probation Office when his assigned color (Brown 1) was called.

On June 13, 2023, Brown 1 was the assigned color for the random urinalysis testing program, and Mr. Estrada failed to report to the probation office as previously instructed. When questioned by the undersigned, he stated that he had stopped calling the urinalysis testing telephone line because he thought this officer told him he no longer needed to do so once he started treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 15, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge

June 16, 2023
Date