PROB 12C
(6/16)

Report Date: June 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2023

SEAN F. McAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Estrada | Case Number: 0980 2:19CR00144-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | | | |
|---|---|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 | | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 12, 2022) | Prison - 6 months<br>TSR - 32 months | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 1, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: June 30, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/1/2023.

**Please Note:** The purpose of this petition is to reflect updated information regarding violation number 4, which was originally filed by the Court on June 16, 2023.

On November 2, 2022, Mr. Estrada's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine, cocaine and marijuana, on or about June 12, 2023. |

Prob12C
Re: Estrada, Martin
June 20, 2023
Page 2

On June 12, 2023, Mr. Estrada provided a urine specimen at Riverside Recovery. At that time, he admitted to his counselor that he had ingested marijuana and cocaine on that same date. This officer spoke to Mr. Estrada later that same day, at which time he stated he thought it was his "last hurrah" since he was going to be starting treatment again after having been discharged from Pioneer Human Services (PHS).

On June 19, 2023, this officer received a voicemail message from the offender's treatment counselor indicating that the above-referenced urine specimen was confirmed positive for methamphetamine, cocaine and marijuana.

5    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to report to the U.S. Probation Office for urinalysis testing on June 13, 2023.

Following Mr. Estrada's discharge from treatment services at PHS, he was instructed to continue calling the random urinalysis testing program and to report to the U.S. Probation Office when his assigned color (Brown 1) was called.

On June 13, 2023, Brown 1 was the assigned color for the random urinalysis testing program, and Mr. Estrada failed to report to the probation office as previously instructed. When questioned by the undersigned, he stated that he stopped calling the urinalysis testing telephone line because he thought this officer told him he no longer needed to do so once he started treatment.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 20, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

**Prob12C**
**Re: Estrada, Martin**
**June 20, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

June 21, 2023
Date