PROB 12C
(6/16)

Report Date: July 14, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Martin Estrada | Case Number: 0980 2:19CR00144-TOR-1 |
| Address of Offender: ███████████, Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | | |
|---|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 12, 2022) | Prison - 6 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Alison L. Gergoire | Date Supervision Commenced: November 1, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: June 30, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/1/2023 and 6/20/2023.

On November 2, 2022, Mr. Estrada's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting a controlled substance, marijuana, on or about June 27, 2023.<br><br>On June 27, 2023, Mr. Estrada submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for marijuana. At that time, he signed a denial form indicating he had not used said substance.<br><br>On July 5, 2023, the probation officer contacted the offender after the above-referenced urine sample was confirmed positive for marijuana. At that time, he adamantly denied intentional use of marijuana, but stated that he recently discovered he may have ingested food at a friend's home that contained marijuana. |

Prob12C
**Re: Estrada, Martin**
**July 14, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/14/2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *The Final Revocation of Supervised Release Hearing scheduled for 7/27/2023 remains set.*

Thomas O. Rice
United States District Judge

July 14, 2023
Date