PROB 12C
(6/16)

Report Date: July 26, 2023

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Martin Estrada                    Case Number: 0980 2:19CR00144-TOR-1

Address of Offender: ███████████████  Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 30, 2006

| | |
|---|---|
| Original Offense: | Controlled Substance - Sell Distribute, or Dispense, 21 U.S.C. § 841 |
| Original Sentence: | Prison - 188 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Revocation Sentence: (May 12, 2022) | Prison - 6 months |
| | TSR - 32 months |
| Asst. U.S. Attorney: | Alison L. Gregoire    Date Supervision Commenced: November 1, 2022 |
| Defense Attorney: | Ryan Mark Farrell    Date Supervision Expires: June 30, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/01/2023, 06/20/2023 and 07/14/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 3 and standard condition number 13, by failing to submit to urinalysis testing as directed by the probation officer on July 26, 2023. |
| | On July 26, 2023, the probation officer instructed Mr. Estrada to report to the U.S. Probation Office immediately following his appearance before Your Honor on that same date. Mr. Estrada failed to report to the U.S. Probation Office for urinalysis testing as directed. |

Prob12C
**Re: Estrada, Martin**
**July 26, 2023**
Page 2

| | |
|---|---|
| 8 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine and marijuana, on or about July 26, 2023.

On July 26, 2023, Mr. Estrada contacted the probation officer and advised that he was being admitted into inpatient treatment at American Behavioral Health Systems (ABHS). When questioned by the probation officer, he reluctantly admitted that he was high during his Court appearance on that same date, as he ingested methamphetamine and marijuana approximately 4 hours before his hearing.

| | |
|---|---|
| 9 | **Standard Condition # 4:** You must be truthful when responding to the questions asked by the probation officer. |

**Supporting Evidence:** The offender alleged to have been untruthful with the probation officer on or about July 26, 2023.

On July 26, 2023, the probation officer contacted the offender via telephone regarding his failure to report to the U.S. Probation Office for urinalysis testing after his revocation hearing. At that time, the probation officer asked Mr. Estrada if he had relapsed, and he adamantly denied that he used any illicit substances.

As previously noted, the offender admitted to ingesting methamphetamine and marijuana on July 26, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 26, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Estrada, Martin**
**July 26, 2023**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Thomas O. Rice
United States District Judge

July 26, 2023
Date